IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD CHASE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 11-283 |
| CITY OF PHILADELPHIA and PRISON | : | |
| HEALTH SERVICES, INC., | : | |
|     Defendants. | : | |

**O R D E R**

AND NOW, this 12th day of July, 2011, after consideration of plaintiff's *pro se* letter request for a temporary restraining order (paper no. 11), following a hearing on June 28, 2011 at which counsel and witnesses for plaintiff and the City of Philadelphia were heard, and for the reasons stated in the attached memorandum of law, it is **ORDERED** that plaintiff's request for a temporary restraining order is **DENIED**.

                                                                                 /s/ Norma L. Shapiro
                                                                                                                 J.